395 A.2d 1327

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Robert WILLIAMS, Appellant.**

Supreme Court of Pennsylvania.

Submitted Sept. 27, 1978.

Decided Jan. 24, 1979.

Lester G. Nauhaus, John H. Corbett, Jr., Asst. Public Defenders, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Charles W. Johns, Asst. Dist. Attys., Pittsburgh, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Judgment affirmed.

O'BRIEN, J., did not participate in the consideration or decision of this case.

POMEROY, former J., did not participate in the decision of this case.